

Tuesday, December 2, 2014

 No. 15–0192/MC.  U.S. v. Eric D. Raines.  CCA 201400027.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 22, 2014.